

**No. 64587.**—Anglo-American Commodities et al. *v.* United States, protests 160801–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiffs was sustained.

**No. 64588.**—Anglo-American Commodities et al. *v.* United States, protests 175448–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

**No. 64589.**—Lyons Transport *v.* United States, protests 214492–K/4863 and 59/8806–10519 (Chicago).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

**No. 64590.**—De Witt Tool & Equipment Co. and Castelazo & Associates et al. *v.* United States, protests 59/3421 (B), etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of angle plates similar in all material respects to those the subject of Abstract 61507, the claim of the plaintiffs was sustained.